# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-1396

_____

United States,                              *
                                            *
              Appellee,                     *   Appeal from the United States
                                            *   District Court for the
        v.                                  *   District of South Dakota.
                                            *
Thomas Jensen,                              *   [UNPUBLISHED]
                                            *
              Appellant.                    *

_____

Submitted: September 5, 2007
Filed: September 13, 2007

_____

Before WOLLMAN, COLLOTON, and BENTON, Circuit Judges.

_____

PER CURIAM.

The district court[1] revoked Thomas Jensen's supervised release and sentenced him to 18 months in prison and 18 months of supervised release. After reviewing the record, counsel's brief, and Jensen's pro se supplemental brief, we conclude that the court did not clearly err by finding that the government had proved the violations by a preponderance of the evidence, did not abuse its discretion by revoking his supervised release, and did not impose an unreasonable sentence. See United States v. Tyson, 413 F.3d 824, 825 (8th Cir. 2005) (per curiam) (standard of review); United

_____

[1]The Honorable Karen E. Schreier, Chief Judge, United States District Court for the District of South Dakota.

States v. Carothers, 337 F.3d 1017, 1019 (8th Cir. 2003) (standards of review and burden of proof).  We therefore affirm and grant counsel's motion to withdraw.

_____